UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
ECOPETROL S.A.,

|  |  |
|---|---|
| Petitioner, | **18 Civ. 10024 (PGG)** |
| v. | <u>**STIPULATION**</u> |
| OFFSHORE EXPLORATION AND PRODUCTION, LLC, | |
| Respondent. | |

-------------------------------------------------------------------x

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for the parties that the time for Respondent Offshore Exploration and Production, LLC to answer, move or otherwise respond to the Petition to Confirm Arbitration Award be and hereby is extended to and including January 18, 2019.

This is Respondent's first request for an extension of its time to answer or otherwise respond to the petition.

IT IS FURTHER HEREBY STIPULATED AND AGREED, this Stipulation may be executed in counterparts and as such shall have the same force and effect as the original signatures.

Dated: December 18, 2018

MAYER BROWN LLP                               REITLER KAILAS & ROSENBLATT, LLC


By: /s/ Scott A. Chesin                              By: /s/ Jocelyn Jacobson
Scott A. Chesin, Esq.                                  Leo G. Kailas, Esq,
Allison M. Stowell, Esq.                             Jocelyn Jacobson, Esq.
1221 Avenue of the Americas                     885 Third Avenue, 20th Floor
New York, NY 10020                                 New York, NY 10022
(212) 506-2500                                          (212) 209-3050
*Attorneys for Petitioner*                            *Attorneys for Respondent*

**SO ORDERED:**

_____
Hon. Paul G. Gardephe, U.S.D.J.