UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
ECOPETROL S.A.,

                                 Petitioner,             **18 Civ. 10024 (PGG)**

     v.                                                     **STIPULATION**

OFFSHORE EXPLORATION AND PRODUCTION, LLC,

                                 Respondent.
------------------------------------------------------------------x

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for the parties that the time for Respondent Offshore Exploration and Production, LLC to answer, move or otherwise respond to the Petition to Confirm Arbitration Award be and hereby is extended to and including January 18, 2019.

This is Respondent's first request for an extension of its time to answer or otherwise respond to the petition.

IT IS FURTHER HEREBY STIPULATED AND AGREED, this Stipulation may be executed in counterparts and as such shall have the same force and effect as the original signatures.

Dated: December 18, 2018

| MAYER BROWN LLP | REITLER KAILAS & ROSENBLATT, LLC |
|---|---|
| By: /s/ Scott A. Chesin<br>Scott A. Chesin, Esq.<br>Allison M. Stowell, Esq.<br>1221 Avenue of the Americas<br>New York, NY 10020<br>(212) 506-2500<br>*Attorneys for Petitioner* | By: /s/ Jocelyn Jacobson<br>Leo G. Kailas, Esq,<br>Jocelyn Jacobson, Esq.<br>885 Third Avenue, 20th Floor<br>New York, NY 10022<br>(212) 209-3050<br>*Attorneys for Respondent* |

**SO ORDERED:**

_____
Hon. Paul G. Gardephe, U.S.D.J.

Dec. 28, 2018