**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ECOPETROL S.A., | |
| *Petitioner*, | |
| v. | Case No. 18 Civ. 10024 (PGG) |
| OFFSHORE EXPLORATION AND PRODUCTION, LLC, | |
| *Respondent*. | |

**MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New You, <u>Matthew S.C. Hansel</u> hereby moves this Court for an Order of admission to practice Pro Hac Vice to appear as counsel for <u>Respondent Offshore Exploration and Production, LLC</u> in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of Texas and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: August 26, 2022

Respectfully submitted,

*/s/ Matthew S.C. Hansel*
Matthew S.C. Hansel
Hanszen Laporte, LLP
14201 Memorial Dr.
Houston, Texas 77079
(t):713-522-9444
(f):713-524-2580
mhansel@hanszenlaporte.com