## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ECOPETROL S.A., <br><br> *Petitioner*, <br><br> v. <br><br> OFFSHORE EXPLORATION AND PRODUCTION, LLC, <br><br> *Respondent*. | Case No. 18 Civ. 10024 (PGG) |

### NOTICE OF APPEARANCE OF CO-COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT:

Respondent, Offshore Exploration and Production, LLC, files this Notice of Appearance of Co-Counsel. Please take notice that MATTHEW S.C. HANSEL, with Hanszen Laporte, LLP, 14201 Memorial Drive, Houston, Texas 77079, is appearing as co-counsel of record with Leo G. Kailas, REITLAR KAILAS & ROSENBLATT LLP, current counsel of record. Respondent's Motion for Admission to Appear Pro Hac Vice was filed on August 29, 2022 and granted on September 8, 2022.

Dated: September 22, 2022

Respectfully submitted,

*/s/ Matthew S.C. Hansel*
Matthew S.C. Hansel
Hanszen Laporte, LLP
14201 Memorial Dr.
Houston, Texas 77079
(t):713-522-9444
(f):713-524-2580
mhansel@hanszenlaporte.com

**Attorney for Respondent, Offshore Exploration and Production, LLC**