UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ECOPETROL S.A., <br><br>                           Plaintiff, <br><br> -against- <br><br> OFFSHORE EXPLORATION AND PRODUCTION, LLC, <br><br>                           Defendant. | 18-CV-10024 (JLR) <br><br> **ORDER** |

JENNIFER L. ROCHON, United States District Judge:

    The Court is in receipt of the parties' joint letter, dated October 3, 2022, filed in response to the Court's September 19, 2022 Reassignment Order. ECF No. 38.

    IT IS HEREBY ORDERED that the parties shall appear for a pretrial conference on October 12, 2022, at 10:00 a.m. in Courtroom 20B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, 10007.

Dated: October 4, 2022  
       New York, New York

SO ORDERED.

_____  
JENNIFER L. ROCHON  
United States District Judge