

Matthew S.C. Hansel
Partner
mhansel@hanszenlaporte.com

October 7, 2022

**BY ECF**

Hon. Jennifer L. Rochon
United States District Judge
500 Pearl St., Room 1920
New York, N.Y. 10007

      Re:    *Ecopetrol S.A. v. Offshore Exploration and Production, LLC*; 18 Civ. 10024 (JLR); Pretrial Conference set for October 12, 2022.

Dear Judge Rochon:

    I am lead counsel for respondent. I write on both parties' behalf to request, pursuant to Individual Rule 2.A., that the pretrial conference set for October 12, 2022, be held remotely, via video. Both parties' respective lead counsel, who are most familiar with the action before this Court and the underlying arbitration proceeding, are located in Houston, Texas. The Parties believe a remote video conference will best enable the Parties to address any questions from the Court without undue travel expense.

    The parties appreciate the Court's attention to this matter and are available at the Court's convenience should the Court have any questions.

Respectfully submitted,

Matthew S.C. Hansel

cc: All Counsel via ECF

14201 Memorial Drive
Houston, Texas 77079

p: 713-522-9444
f: 713-524-2580

hanszenlaporte.com