# HANSZEN✦LAPORTE
### ATTORNEYS AT LAW

**Matthew S.C. Hansel**
Partner
mhansel@hanszenlaporte.com

October 7, 2022

**BY ECF**

Hon. Jennifer L. Rochon
United States District Judge
500 Pearl St., Room 1920
New York, N.Y. 10007

    Re:    *Ecopetrol S.A. v. Offshore Exploration and Production, LLC*; 18 Civ. 10024 (JLR); Attorney List for Pretrial Conference set for October 12, 2022.

Dear Judge Rochon:

    I have conferred with petitioner's counsel and, in anticipation of the Court permitting the parties to attend the October 12, 2022 pretrial conference remotely via video, now write on both parties' behalf to fulfill the requirements of Individual Rule 2.B. The following counsel may speak during the conference:

| | |
|---|---|
| For Petitioner<br>Ecopetrol S.A.: | Michael Ware<br>T +1 (212) 506-2593<br>M +1 (917) 225-1416<br>mware@mayerbrown.com |
| | Michael P. Lennon, Jr.<br>T+1(713) 238-3000<br>mlennon@mayerbrown.com |

                                              \*  \*  \*

| | |
|---|---|
| For Respondent<br>Offshore Exploration<br>and Production, LLC: | Matthew S.C. Hansel<br>T+1 (713)-522-9444<br>M+1 (801)-8703439<br>mhansel@hanszenlaporte.com |
| | Leo G. Kailas<br>T+1 (212) 209-3012<br>M+1 (917) 952-2969<br>lkailas@reitlerlaw.com |

The parties appreciate the Court's attention to this matter and are available at the Court's convenience should the Court have any questions.

Respectfully submitted,

Matthew S.C. Hansel


cc: All Counsel via ECF

HANSZEN✦LAPORTE
ATTORNEYS AT LAW