UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ECOPETROL S.A., <br><br> Plaintiff, <br><br> -against- <br><br> OFFSHORE EXPLORATION AND PRODUCTION, LLC, <br><br> Defendant. | 18-CV-10024 (JLR) <br><br> **NOTICE OF REASSIGNMENT** |

JENNIFER L. ROCHON, United States District Judge:

As stated during the video status conference held earlier today, IT IS HEREBY ORDERED THAT upon the parties' joint request, the parties shall retain a private mediator and complete mediation by **December 30, 2022**; and IT IS FURTHER ORDERED that the parties shall file a joint status report by **January 13, 2023** apprising the Court of their mediation efforts.

Dated: October 12, 2022
       New York, New York

SO ORDERED.

*Jennifer Rochon*
JENNIFER L. ROCHON
United States District Judge