**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------X
ECOPETROL S.A.,

                            Plaintiff,

            -against-

                                               18 **CIVIL** 10024 (JLR)

                                            **AMENDED JUDGMENT**

OFFSHORE EXPLORATION AND PRODUCTION,
LLC,

                            Defendant.
------------------------------------------------------------------------X


        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated May 23, 2024, Ecopetrol's motion to vacate in part the Final Supplemental Award is DENIED. Because Section 9 of the FAA requires that an arbitral award be confirmed unless it is vacated, modified, or corrected, see Hall St. Assocs., L.L.C. v. Mattel, Inc., 552 U.S. 576, 582 (2008), the Final Award (incorporating the Partial Final Award and the Correction and Interpretation of Partial Final Award), the Interim Supplemental Award and the Final Supplemental Award are CONFIRMED. Accordingly, the case is closed.

**Dated:**  New York, New York

        July 16, 2024

                                            **Daniel Ortiz**
                                       **Acting Clerk of Court**

                        **BY:**
                                        **Deputy Clerk**